# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MALCOLM R. SCOTT, | ) | No. CV 10-9127-DSF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: 11/7/11

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE